AO 440 (Rev 06/12) Summons in a Civil Action

FILED-CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

2014 MAY 21 AM 9:59

TX EASTERN-MARSHALL

BY_____

| | |
|---|---|
| Certified Measurement, LLC<br><br>*Plaintiff(s)*<br>v.<br><br>CenterPoint Energy Houston Electric, LLC, and Itron, Inc.<br><br>*Defendant(s)* | Civil Action No. 2:14-cv-627 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CenterPoint Energy Houston Electric, LLC
c/o CT Corporation System
1999 Bryan Street
Suite 900
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jennifer P. Ainsworth
Wilson, Robertson & Cornelius, P.C.
P.O. Box 7339
Tyler, Texas 75711-7339

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/14/14

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-cv-627

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CenterPoint Energy Houston Electric, LLC
was received by me on *(date)* 05/16/2014 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the summons on CenterPoint Energy Houston Electric, LLC via the United States Postal Service, Certified Mail, Return Receipt Requested, on May 16, 2014.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/19/2014

*/Server's signature*

Jennifer Parker Ainsworth, Attorney
*Printed name and title*

P.O. Box 7339
Tyler, Texas 75711-7339

*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Chris Wells C. Date of Delivery |
| 1. Article Addressed to:<br><br>CenterPoint Energy Houston Electric, LLC<br>c/o CT Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, Texas 75201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail® ☐ Priority Mail Express™<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. 7012 1010 0002 2410 4308 | Certified - CenterPoint |

PS Form 3811, July 2013 — Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Chris Wells C. Date of Delivery |
| 1. Article Addressed to:<br><br>CenterPoint Energy Houston Electric, LLC<br>c/o CT Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, Texas 75201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail® ☐ Priority Mail Express™<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. 7012 1010 0002 2410 4308 | Certified - CenterPoint |

PS Form 3811, July 2013 — Domestic Return Receipt