UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: 2:14-cv-00627-JRG-RSP

Name of party requesting extension: Itron, Inc.

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 5/15/14

Number of days requested:  ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 07/07/14    *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Ramsey M. Al-Salam

State Bar No.: 18822

Firm Name: Perkins Coie LLP

Address: 1201 Third Avenue, 49th Floor
Seattle, WA  98101

Phone: 206-359-6385

Fax: 206-359-7385

Email: ralsalam@perkinscoie.com

A certificate of conference does not need to be filed with this unopposed application.