IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **CERTIFIED MEASUREMENT, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:14-cv-627 |
| | § | |
| **CENTERPOINT ENERGY HOUSTON** | § | Jury Trial Demanded |
| **ELECTRIC, LLC, and ITRON, INC.** | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Stevan R. Stark, enters his appearance in the above-referenced proceedings for Defendants CenterPoint Energy Houston Electric, LLC and Itron, Inc. ("CenterPoint" and "Itron"). Defendants respectfully request that the Court take note of this Notice of Appearance and make Stevan R. Stark one of the attorneys of record for CenterPoint and Itron in this lawsuit. Copies of communications and other documents should be emailed to Stevan R. Stark at the address set forth below.

NOTICE OF APPEARANCE - 1
10145-6021/LEGAL122441500.1

Dated: June 19, 2014

Respectfully submitted,

*/s/ Stevan R. Stark*
Stevan R. Stark
sstark@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: 206-359-8000
Fax: 206-359-9000

ATTORNEY FOR DEFENDANTS
CENTERPOINT ENERGY HOUSTON
ELECTRIC, LLC AND ITRON, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 19, 2014. Any other counsel of record will be served via facsimile or electronic mail pursuant to Local Rule CV-5(d).

*/s/ Stevan R. Stark*