**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CERTIFIED MEASUREMENT, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 2:14-cv-627-JRG-RSP |
| v. | § § | **JURY TRIAL DEMANDED** |
| CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC, and ITRON, INC. | § § § § | |
| Defendants. | § | |

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS, OR
ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT**

Before the Court is Defendants CenterPoint Energy Houston Electric, LLC's and Itron, Inc.'s (collectively, "Defendants") Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) challenging (1) the patentability of the claims of U.S. Patent No. 5,828,751, U.S. Patent No. 6,282,648, U.S. Patent No. 6,289,453, and U.S. Patent No. 8,549,310 (collectively, "the patents-in-suit") under 35 U.S.C. § 101 and (2) the propriety of pleading indirect infringement when the complaint itself provided notice of the patents-in-suit, and alternatively, Defendants' Motion for a More Definite Statement pursuant to Federal Rules of Civil Procedure 12(e). After consideration of the parties' filings regarding the same,

IT IS HEREBY ORDERED that:

1. Defendants' Motion to Dismiss under 35 U.S.C. § 101 is DENIED.

2. Defendants' Motion to Dismiss the indirect infringement claims is DENIED.

3. Defendants' Motion for a More Definite Statement is DENIED.