**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **CERTIFIED MEASUREMENT, LLC,** § § | | |
| Plaintiff § § | | |
| v. § § | NO. 2:14-cv-627 | |
| **CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC and ITRON, INC.,** § § § | **JURY TRIAL DEMANDED** | |
| Defendants. § § | | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE TO THE HOUSTON DIVISION OF THE SOUTHERN DISTRICT OF TEXAS**

After having given due consideration to the briefing, arguments and issues on Defendants CenterPoint Energy Houston Electric, LLC ("CenterPoint") and Itron, Inc.'s ("Itron") Transfer Venue to the Houston Division of the Southern District of Texas pursuant to 28 U.S.C. § 1404(a),

**IT IS ORDERED** that Defendants' motion to transfer is **GRANTED**. This action is hereby transferred to the Houston Division of the Southern District of Texas.