**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **CERTIFIED MEASUREMENT, LLC,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 2:14-cv-627** |
| | § | |
| **CENTERPOINT ENERGY HOUSTON** | § | |
| **ELECTRIC, LLC, and ITRON, INC.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**DECLARATION OF RAMSEY M. AL-SALAM IN SUPPORT OF**
**DEFENDANTS' MOTION TO TRANSFER VENUE TO THE HOUSTON DIVISION OF**
**THE SOUTHERN DISTRICT OF TEXAS**

I, Ramsey M. Al-Salam, declare:

1.      I am a partner with Perkins Coie LLP, counsel for defendants CenterPoint Energy Houston Electric, LLC ("CenterPoint"), and Itron, Inc. ("Itron") (collectively, "Defendants")  in this action.  I make this declaration in support of Defendants' Motion to Transfer Venue to the Houston Division of the Southern District of Texas.  This declaration is for the purpose of authenticating documents relied upon in the motion.

2.      Attached as Exhibit A is a copy of an excerpt from the United States District Courts - National Judicial Caseload Profile for the Eastern District of Texas downloaded from the website of the United States Court that shows statistics for March 2014.

3.      Attached as Exhibit B is a copy of an excerpt from the United States District Courts - National Judicial Caseload Profile for the Southern District of Texas downloaded from the website of the United States Court that shows statistics for March 2014.

4.      The representations in the motion about distances and flights are based on research conducted at my request on Google Flights and Google Maps.

-2-

5.      On July 20 and 22, 2014, I conferred by email with Counsel for Plaintiff regarding the transfer of this case.  I requested that Plaintiff consider whether it would agree to transfer this case to the Southern District of Texas, but counsel for Plaintiff did not agree and indicated that any motion to transfer would be opposed.

> **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

EXECUTED this 28th day of July, 2014.


                                       /s/   *Ramsey M. Al-Salam*
                                       Ramsey M. Al-Salam