# Exhibit A

**TEXAS EASTERN**

### U.S. District Court — Judicial Caseload Profile

| | | | \multicolumn{6}{c}{12-Month Periods Ending} | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2009 | Sep 30 2010 | Mar 31 2011 | Mar 31 2012 | Mar 31 2013 | Mar 31 2014 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 4,259 | 4,184 | 4,530 | 4,360 | 4,889 | 5,188 | | |
| | | Terminations | 3,995 | 3,767 | 3,864 | 4,198 | 4,341 | 4,935 | | |
| | | Pending | 4,018 | 4,430 | 4,724 | 4,889 | 5,446 | 5,655 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 21.8 | 24.0 | 14.5 | 19.0 | 6.1 | | 21 | 2 |
| | | Number of Judgeships | 8 | 8 | 8 | 8 | 8 | 8 | | |
| | | Vacant Judgeship Months [2] | 0.0 | 8.9 | 12.0 | 11.6 | 24.0 | 24.0 | | |
| **Actions per Judgeship** | Filings | Total | 532 | 523 | 566 | 545 | 611 | 649 | 16 | 4 |
| | | Civil | 399 | 374 | 422 | 403 | 468 | 507 | 16 | 3 |
| | | Criminal Felony | 134 | 149 | 144 | 142 | 142 | 140 | 16 | 3 |
| | | Supervised Release Hearings | 0 | 1 | 0 | 1 | 1 | 2 | 93 | 9 |
| | Pending Cases | | 502 | 554 | 591 | 611 | 681 | 707 | 11 | 3 |
| | Weighted Filings [2] | | 594 | 683 | 899 | 786 | 1,206 | 1,305 | 3 | 1 |
| | Terminations | | 499 | 471 | 483 | 525 | 543 | 617 | 21 | 3 |
| | Trials Completed | | 22 | 22 | 18 | 18 | 16 | 20 | 40 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.9 | 9.8 | 10.7 | 11.4 | 12.6 | 12.3 | 75 | 9 |
| | | Civil [2] | 10.8 | 9.6 | 8.6 | 10.0 | 8.7 | 9.1 | 51 | 5 |
| | From Filing to Trial [2] (Civil Only) | | 25.0 | 21.7 | 24.6 | 24.0 | 24.9 | 21.3 | 20 | 5 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 116 4.0 | 141 4.6 | 157 4.8 | 165 5.0 | 186 4.9 | 207 5.5 | 46 | 7 |
| | Average Number of Felony Defendants Filed per Case | | 2.0 | 2.0 | 1.8 | 2.0 | 2.0 | 2.2 | | |
| | Jurors | Avg. Present for Jury Selection | 40.5 | 42.7 | 42.4 | 41.9 | 36.9 | 34.3 | | |
| | | Percent Not Selected or Challenged | 38.7 | 38.0 | 34.9 | 34.6 | 35.5 | 29.5 | | |

### 2014 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 4,052 | 126 | 66 | 1,130 | 35 | 190 | 190 | 203 | 158 | 1,554 | 216 | 4 | 180 |
| Criminal [1] | 1,115 | 53 | 529 | 105 | 111 | 163 | 27 | 61 | 7 | 10 | 7 | 6 | 36 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

# Explanation of the Judicial Caseload Profiles for United States District Courts

| | | | |
|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | Total civil cases and criminal felony defendants (including transfers) filed and supervised release hearings held |
| | Terminations | | Total civil cases and criminal felony defendants (including transfers) terminated and supervised release hearings held |
| | Pending | | Total civil cases and criminal felony defendants (including transfers) pending at the end of the period |
| | Percent Change in Total Filings Current Year Over Earlier Year | | Percent change in total filings for current year over previous year |
| | | | Percent change in total filings for current year over prior two, three, four, and five years |
| | Number of Judgeships | | Number of authorized judgeships (not including senior judges) |
| | Vacant Judgeship Months* | | Number of months during the year an authorized judgeship was not filled |
| **Actions per Judgeship** | Filings | Total | **Data in this section are divided by the number of authorized judgeships.** Total civil cases and criminal felony defendants (including transfers) filed and supervised release hearings held |
| | | Civil | Total civil cases filed |
| | | Criminal Felony | Total criminal felony defendants (including transfers) filed |
| | | Supervised Release Hearings | All court proceedings involving the modification of conditions or revocation of a defendant's supervised release |
| | Pending Cases | | Total civil cases and criminal felony defendants (including transfers) pending at the end of the period |
| | Weighted Filings* | | A mathematical weighting of Total Filings in which a quantitative value is assigned to a case based on the complexity of the case |
| | Terminations | | Total civil cases and criminal felony defendants (including transfers) terminated and supervised release hearings held |
| | Trials Completed | | Trials completed by district judges, including evidentiary trials, hearings on temporary restraining orders, and preliminary injunctions |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | **Time elapsed (in months) from the date of filing to the date of disposition for the middle (median) case of all closed cases. Median not computed when the district had fewer than 10 terminations.** Time is computed from proceeding date (e.g., the date an indictment or information is filed) to either sentencing date or the dismissal/acquittal date, including excludable delays under the Speedy Trial Act, for all criminal felony defendants (excluding transfers) terminated |
| | | Civil* | All civil cases terminated by trial or other disposition, except those involving land condemnation, prisoner petitions, recovery of overpayments, enforcement of judgments, and deportation reviews |
| | From Filing to Trial (Civil Only)* | | Time elapsed (in months) from the date of filing to the date trial begins for the middle (median) case of all civil cases going to trial under a district judge; median not computed when the district had fewer than 10 civil trials |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old* | | Total number of civil cases pending more than three years as of the end of the year and the percentage these same cases represent of the pending civil caseload |
| | Average Number of Felony Defendants Filed per Case | | Average number of felony defendants in each felony case filed |
| | Jurors | Average Present for Jury Selection | Average number of petit jurors reporting to court for jury selection |
| | | Percent Not Selected or Challenged | Percent of petit jurors neither selected nor challenged on jury selection days |

### Nature of Suit and Offense Categories

| | | | |
|---|---|---|---|
| **Civil Cases** | A - Social Security<br>B - Personal Injury/Product Liability<br>C - Prisoner Petitions<br>D - Forfeitures and Penalties | E - Real Property<br>F - Labor Suits<br>G - Contracts<br>H - Torts (other than personal injury/product liability) | I - Copyright, Patent, and Trademark<br>J - Civil Rights<br>K - Antitrust<br>L - All Other Civil Cases |
| **Criminal Felony Defendants (Excluding Transfers)** | A - Marijuana<br>B - All Other Drugs<br>C - Immigration<br>D - Firearms and Explosives | E - Fraud<br>F - Violent Offenses<br>G - Sex Offenses<br>H - Forgery and Counterfeiting | I - Larceny and Theft<br>J - Justice System Offenses<br>K - Regulatory Offenses<br>L - All Other Criminal |

| | | |
|---|---|---|
| **District's Numerical Standings** | These values indicate where an individual district court stands in relation to other district courts in the circuit and in the nation. All "caseload" statistics are ranked in descending order (highest value/largest caseload receives a rank of 1 - e.g., civil filings per judgeship) and all other statistics are ranked in ascending order (lowest value/fastest termination rate or smallest backlog is ranked first - e.g., median time). In some categories fewer than 94 courts are ranked because information was not available for all districts. | **Numbers in Margin** |

NOTE: Beginning in March 2012, criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.
* See "Explanation of Selected Terms."