IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Certified Measurement, LLC, | § | |
| | § | Civil Action No. 2:14-cv-627-JRG-RSP |
| Plaintiff, | § | |
| | § | JURY TRIAL DEMANDED |
| v. | § | |
| | § | |
| CenterPoint Energy Houston Electric, LLC, | § | |
| Itron, Inc., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendants CenterPoint Energy Houston Electric, LLC and Itron, Inc. file this Notice of Appearance as Counsel and hereby notify the Court that Michael E. Jones of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for defendants CenterPoint Energy Houston Electric, LLC and Itron, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: July 29, 2014

Respectfully submitted,

By: */s/ Michael E. Jones*
Michael E. Jones
State Bar No.10929400
mikejones@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas  75702
903 597 8311
903 593 0846 (Facsimile)

**ATTORNEY FOR DEFENDANTS**
**CENTERPOINT ENERGY HOUSTON**
**ELECTRIC LLC AND ITRON, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 29, 2014.

*/s/ Michael E. Jones*