IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Certified Measurement, LLC, | § | |
|     Plaintiff, | § | |
| | § | Civil Action No. 2:14-cv-627-JRG-RSP |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| CenterPoint Energy Houston Electric, LLC, | § | |
| Itron, Inc., | § | |
|     Defendants. | § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendants CenterPoint Energy Houston Electric, LLC and Itron, Inc. file this Notice of Appearance as Counsel and hereby notify the Court that Allen F. Gardner of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendants CenterPoint Energy Houston Electric, LLC and Itron, Inc..  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: August 15, 2014

                                                                                     Respectfully submitted,

                                                                                    By: */s/ Allen F. Gardner*
                                                                                     Allen F. Gardner
                                                                                     State Bar No. 24043679
                                                                                      allengardner@potterminton.com
                                                                                     POTTER MINTON
                                                                                      A Professional Corporation
                                                                                      110 N. College, Suite 500
                                                                                      Tyler, Texas  75702
                                                                                      903 597 8311
                                                                                      903 593 0846 (Facsimile)
                                                                                      **ATTORNEY FOR DEFENDANT,**
                                                                                      **CENTERPOINT ENERGY HOUSTON**
                                                                                      **ELECTRIC, LLC AND ITRON, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 15, 2014.

*/s/ Allen F. Gardner*