**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CERTIFIED MEASUREMENT, LLC, | § | |
| | § | Civil Action No. 2:14-cv-627-JRG-RSP |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| CENTERPOINT ENERGY HOUSTON | § | |
| ELECTRIC, LLC, and ITRON, INC., | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S NOTICE OF DISCLOSURE**

Plaintiff Certified Measurement, LLC ("Certified Measurement") hereby notifies the Court that its Infringement Contentions required by P.R. 3-1 and the accompanying document production required by P.R. 3-2 were served on Defendants CenterPoint Energy Houston Electric, LLC, and Itron, Inc. on August 19, 2014.

Dated:  August 19, 2014

Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5092

James H. Shalek *(Pro Hac Vice)*
Fabio E. Tarud *(Pro Hac Vice)*
Jonathan M. Sharret *(Pro Hac Vice)*
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000

*Attorneys for Plaintiff Certified Measurement, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on this the 19th day of August, 2014.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth