UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Certified Measurement, LLC | § § | |
| vs. | § | CASE NO. 2:14-cv-627 JRG |
| Centerpoint Energy Houston Electric LLC | § § § | |

### ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to __Honorable Judge Roy S Payne__

_____, United States Magistrate Judge, for all further proceedings and the entry of

judgment in accordance with 28 U.S.C. Section 636(c) and the foregoing consent of the parties.

__Sept. 3rd, 2014__
Date

_____
UNITED STATES DISTRICT JUDGE