**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CERTIFIED MEASUREMENT, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:14-cv-627-JRG-RSP |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| CENTERPOINT ENERGY HOUSTON | § | |
| ELECTRIC, LLC, and ITRON, INC. | § | |
| | § | |
| Defendants. | § | |

## JOINT NOTICE OF MEDIATOR

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Court's August 7, 2014 Order (Dkt # 19), the parties hereby jointly file this Notice to advise the Court that all parties have agreed on a mediator: Hon. David Folsom (Ret.).

Dated:  September 4, 2014            Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5092

James H. Shalek *(Pro Hac Vice)*
Fabio E. Tarud *(Pro Hac Vice)*
Jonathan M. Sharret *(Pro Hac Vice)*
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000

ATTORNEYS FOR PLAINTIFF CERTIFIED
MEASUREMENT, LLC


*/s Ramsey M. Al-Salam*
*(with permission by Jennifer P. Ainsworth)*
Ramsey M. Al-Salam, Bar No. 18822
RAlSalam@perkinscoie.com
Stevan R. Stark, Bar No. 39639
SStark@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
206-359-6385/Fax 206-359-7385

Michael E. Jones
State Bar No.10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
903 597 8311
903 593 0846 (Facsimile)

ATTORNEYS FOR DEFENDANT
CENTERPOINT ENERGY HOUSTON
ELECTRIC, LLC, AND ITRON, INC.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 4th day of September, 2014.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth

## **CERTIFICATE OF CONFERENCE**

This is to certify that counsel have conferred concerning this Joint Motion and this Joint Motion sets out the Parties' positions.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth