IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CERTIFIED MEASUREMENT, LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § | Civil Action No. 2:14-cv-627 |
| CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC, and ITRON, INC. | § § § § § | Jury Trial Demanded |
| Defendants. | | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Jonathan R. Putman, enters his appearance in the above-referenced proceedings for Defendants CenterPoint Energy Houston Electric, LLC and Itron, Inc. ("CenterPoint" and "Itron"). Defendants respectfully request that the Court take note of this Notice of Appearance and make Jonathan R. Putman one of the attorneys of record for CenterPoint and Itron in this lawsuit. Copies of communications and other documents should be emailed to Jonathan R. Putman at the address set forth below.

Dated: September 8, 2014

Respectfully submitted,

*/s/ Jonathan R. Putman*
Jonathan R. Putman
JPutman@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: 206-359-3895/ Fax: 206-359-4895

ATTORNEY FOR DEFENDANTS
CENTERPOINT ENERGY HOUSTON
ELECTRIC, LLC AND ITRON, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 8, 2014. Any other counsel of record will be served via facsimile or electronic mail pursuant to Local Rule CV-5(d).

*/s/ Jonathan R. Putman*