# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| CERTIFIED MEASUREMENT, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:14-cv-627-RSP |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC, and ITRON, INC. | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF COMPLIANCE

Plaintiff Certified Measurement, LLC ("Certified Measurement") hereby notifies the Court that its Initial Disclosures, in accordance with the proposed Docket Control Order (D.I. 30) and Paragraph 1 of the proposed Discovery Order (D.I. 31), were served on Defendants CenterPoint Energy Houston Electric, LLC, and Itron, Inc. on September 23, 2014, via electronic mail.

Certified Measurement also provides this notice that on September 23, 2014, it served its Additional Disclosures, in accordance with the proposed Docket Control Order (D.I. 30) and Paragraph 3 of the proposed Discovery Order (D.I. 31), on Defendants CenterPoint Energy Houston Electric, LLC, via electronic mail.

Dated: September 23, 2014                Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

James H. Shalek
Fabio E. Tarud
Jonathan M. Sharret
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000

ATTORNEYS FOR PLAINTIFF
CERTIFIED MEASUREMENT, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 23rd day of September, 2014.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth