# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CERTIFIED MEASUREMENT, LLC, § <br> § <br> Plaintiff § <br> § <br> v. § <br> § <br> CENTERPOINT ENERGY HOUSTON § <br> ELECTRIC, LLC, and ITRON, INC., § <br> § <br> Defendants. § | Civil Action No. 2:14-cv-627-RSP |

## **DEFENDANTS' NOTICE OF COMPLIANCE**

Defendants CenterPoint Energy Houston Electric, LLC, and Itron, Inc. hereby notify the Court that their Initial Disclosures, in accordance with the proposed Docket Control Order (D.I. 30) and Paragraph 1 of the proposed Discovery Order (D.I. 31), were served on Plaintiff Certified Measurement, LLC on September 23, 2014, via electronic mail.

Dated: September 23, 2014                                  Respectfully submitted,


*/s/ Stevan R. Stark*
Stevan R. Stark, Bar No. 39639
SStark@perkinscoie.com
Ramsey M. Al-Salam, Bar No. 18822
RAlSalam@perkinscoie.com
Jonathan R. Putman, Bar No. 47517
JPutman@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
206-359-6385/Fax 206-359-7385

/s/ Michael E. Jones
Michael E. Jones, Bar No.10929400
mikejones@potterminton.com
Allen F. Gardner, Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, TX 75702
903-597-8311/Fax: 903-593-0846

ATTORNEYS FOR DEFENDANT
CENTERPOINT ENERGY HOUSTON
ELECTRIC, LLC AND ITRON, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 23, 2014. All other counsel of record will be served via facsimile or electronic mail pursuant to Local Rule CV-5(d).

/s/ *Stevan R. Stark*
Stevan R. Stark