IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Certified Measurement, LLC, | § | |
| | § | Civil Action No. 2:14-cv-627-JRG-RSP |
| Plaintiff, | § | |
| | § | JURY TRIAL DEMANDED |
| v. | § | |
| | § | |
| CenterPoint Energy Houston Electric, LLC, | § | |
| And Itron, Inc., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' NOTICE OF REQUEST FOR ORAL HEARING REGARDING ITS JOINT MOTION TO TRANSFER VENUE TO THE HOUSTON DIVISION OF THE SOUTHERN DISTRICT OF TEXAS

Pursuant to L.R. 7(g), Defendants CenterPoint Energy Houston Electric, LLC and Itron, Inc. hereby respectfully request an oral hearing on their Joint Motion to Transfer Venue to the Houston Division of the Southern District of Texas [DKT #16] filed July 28, 2014 at the Court's earliest convenience. Full briefing has been completed on this motion and Plaintiff filed its Sur-Reply regarding the motion on September 4, 2014 [DKT #24]. Defendants respectfully submit that oral argument will aid the understanding and resolution of the Motion to Transfer.

Dated: November 12, 2014            Respectfully submitted by,

/s/ Michael E. Jones
Stevan R. Stark, Bar No. 39639
SStark@perkinscoie.com
Ramsey M. Al-Salam, Bar No. 18822
RAlSalam@perkinscoie.com
Jonathan R. Putman, Bar No. 47517
JPutman@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900

{A07/08642/0002/W1238189.1 }

Seattle, WA 98101-3099
206-359-6385/Fax 206-359-7385

Michael E. Jones, Bar No.10929400
mikejones@potterminton.com
Allen F. Gardner, Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, TX 75702
903-597-8311/Fax: 903-593-0846

ATTORNEYS FOR DEFENDANT
CENTERPOINT ENERGY HOUSTON
ELECTRIC, LLC AND ITRON, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 12, 2014.

*/s/ Michael E. Jones*