# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| CERTIFIED MEASUREMENT, LLC, § § | |
| Plaintiff § | Civil Action No. 2:14-cv-627-RSP |
| § | |
| v. § | |
| § | |
| CENTERPOINT ENERGY HOUSTON § | |
| ELECTRIC, LLC, and ITRON, INC., § | |
| § | |
| Defendants. § | |

## DEFENDANTS' NOTICE OF COMPLIANCE

In accordance with the Docket Control Order (Dkt. No. 36), Defendants CenterPoint Energy Houston Electric, LLC, and Itron, Inc. hereby file this notice confirming that they have complied with P.R. 4-1 and served their Proposed Terms and Claim Elements for Construction on December 2, 2014, via electronic mail on all counsel of record.

| | |
|---|---|
| Dated:  December 2, 2014. | Respectfully submitted, |

<div style="margin-left: 50%">

*/s/ Stevan R. Stark*
Stevan R. Stark, Bar No. 39639
SStark@perkinscoie.com
Ramsey M. Al-Salam, Bar No. 18822
RAlSalam@perkinscoie.com
Jonathan R. Putman, Bar No. 47517
JPutman@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
206-359-6385/Fax 206-359-7385

/s/ Michael E. Jones
Michael E. Jones, Bar No.10929400
mikejones@potterminton.com
Allen F. Gardner, Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
110 N. College, Suite 500
Tyler, TX  75702
903-597-8311/Fax: 903-593-0846

ATTORNEYS FOR DEFENDANT
CENTERPOINT ENERGY HOUSTON
ELECTRIC, LLC AND ITRON, INC.

</div>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 2, 2014.  All other counsel of record will be served via facsimile or electronic mail pursuant to Local Rule CV-5(d).

<div style="text-align: right;">

/s/ *Stevan R. Stark*
Stevan R. Stark

</div>