# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| CERTIFIED MEASUREMENT, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:14-cv-627-RSP |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| CENTERPOINT ENERGY HOUSTON | § | |
| ELECTRIC, LLC, and ITRON, INC. | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF COMPLIANCE

Plaintiff Certified Measurement, LLC ("Certified Measurement") hereby notifies the Court that in accordance with the Docket Control Order (D.I. 36), they have complied with P.R. 4-1 and served their Proposed Terms and Claim Elements for Construction on December 2, 2014, via electronic mail, on all counsel of record.

Dated:  December 2, 2014

Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5092

James H. Shalek
Fabio E. Tarud
Jonathan M. Sharret
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000

ATTORNEYS FOR PLAINTIFF
CERTIFIED MEASUREMENT, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 2nd day of December, 2014.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth