**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CERTIFIED MEASUREMENT, LLC, | § § | |
| Plaintiff | § § | Civil Action No. 2:14-cv-627-RSP |
| v. | § § § | |
| CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC, and ITRON, INC., | § § § § | |
| Defendants. | § | |

## **DEFENDANTS' NOTICE OF COMPLIANCE**

In accordance with the Docket Control Order (Dkt. No. 36), Defendants CenterPoint Energy Houston Electric, LLC, and Itron, Inc. hereby file this notice confirming that they have complied with P.R. 4-2 on December 23, 2014, via electronic mail on all counsel of record.

Dated:  December 23, 2014.    Respectfully submitted,

/s/ *Stevan R. Stark*
Stevan R. Stark, Bar No. 39639
SStark@perkinscoie.com
Ramsey M. Al-Salam, Bar No. 18822
RAlSalam@perkinscoie.com
Jonathan R. Putman, Bar No. 47517
JPutman@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
206-359-6385/Fax 206-359-7385

/s/ *Michael E. Jones*
Michael E. Jones, Bar No.10929400
mikejones@potterminton.com
Allen F. Gardner, Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
110 N. College, Suite 500
Tyler, TX  75702
903-597-8311/Fax: 903-593-0846

ATTORNEYS FOR DEFENDANT
CENTERPOINT ENERGY HOUSTON
ELECTRIC, LLC AND ITRON, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 23, 2014. All other counsel of record will be served via facsimile or electronic mail pursuant to Local Rule CV-5(d).

/s/ *Stevan R. Stark*
Stevan R. Stark