AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Texas (Marshall Division)__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:14-cv-627 | DATE FILED<br>5/14/2014 | U.S. DISTRICT COURT<br>Eastern District of Texas (Marshall Division) |
|---|---|---|
| PLAINTIFF<br>CERTIFIED MEASUREMENT, LLC | | DEFENDANT<br>CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC, and ITRON, INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,828,751 | 10/27/1998 | CERTIFIED MEASUREMENT, LLC |
| 2 | 6,282,648 | 8/28/2001 | CERTIFIED MEASUREMENT, LLC |
| 3 | 6,289,453 | 9/11/2001 | CERTIFIED MEASUREMENT, LLC |
| 4 | 8,549,310 | 10/1/2013 | CERTIFIED MEASUREMENT, LLC |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| ORDERED that Plaintiff's claims for relief against Defendants are dismissed with prejudice |

| CLERK<br>David A. O'Toole | (BY) DEPUTY CLERK<br>Charlene Hinton | DATE<br>2/9/16 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director      Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director      Copy 4—Case file copy**